The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-372 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| KARMJIT SRAN, | |
| Defendant. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Karmjit Sran. Having considered the United States' notice, the response by defense counsel, and the United States' reply,

IT IS HEREBY ORDERED that all pending charges in the above-captioned case as to this Defendant are dismissed with prejudice.

DATED this 15th day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1
*United States v. Karmjit Sran*, CR15-372 RAJ